1014

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

Rose Michaud, Respondent, v. Loblaws, Inc., Appellant. (Appeal No. 2.)

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

Armand Michaud, Respondent, v. Loblaws, Inc., Appellant. (Appeal No. 3.)

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

Rose Michaud et al., Respondents, v. Loblaws, Inc., Appellant. (Appeal No.